UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 10-CR-394 |
| v. | ) | Honorable Charles P. Kocoras |
| | ) | Presiding Judge |
| JOHN BURNS | ) | |

## DEFENDANT JOHN BURNS' NOTICE OF APPEAL

Notice is hereby given that JOHN BURNS, Defendant in the above-named case, herby appeals to the United States Court of Appeals for the Seventh Circuit from his sentence given on August 13, 2015 and entered on August 24, 2015.

Respectfully submitted,

*s/Lisa M. Lopez*

Lisa M. Lopez
Lopez & Lopez, LTD.
Attorney No. 6301850
53 West Jackson Blvd., Suite 1651
Chicago, IL 60604
(312) 922-2001

## **CERTIFICATE OF SERVICE**

I, Lisa M. Lopez, an attorney for John Burns, certify that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the foregoing document was served on August 25, 2015, pursuant to the District Court's system as to ECF filers.

Respectfully submitted,

*s/Lisa M. Lopez*

Lisa M. Lopez
Lopez & Lopez, LTD.
Attorney No. 6301850
53 W. Jackson Blvd., Suite 1651
Chicago, IL 60604
(312) 922-2001